# United States Court of Appeals
## For the First Circuit

No. 09-1135

SONIA I. JIMÉNEZ; LOURDES MOLINA-DOVAL,

Plaintiffs, Appellants,

v.

LUIS ALFONSO RODRÍGUEZ-PAGÁN; ALIDA RAMONA BINET-MIESES;
CONJUGAL PARTNERSHIP RODRÍGUEZ-BINET; FEDERICO TOMÁS
RODRÍGUEZ-BINET a/k/a Tommy Rodríguez; ISABELA BEACH COURT,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 1, 2010 is amended as follows:

Page 9, footnote 3, line 7: Change "O'Scainnlain" to "O'Scannlain"

Page 23, line 6: Change "sixth" to "fourth"